IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CV-331-FL

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H., | ) |
| Plaintiff, | ) |
| v. | ) |
| TELEFLEX MEDICAL INCORPORATED, | ) ORDER |
| Defendant. | ) |

This matter is before the court on the parties' joint motion for entry of an order setting procedures for claim construction hearing set for June 2, 2023. The court has reviewed the parties' proposed procedures and orders the following.

1) The parties will each be allotted about 90 minutes to present and may use a portion of their time to present an overview of the case and technology at issue. The court may at any time, according to its custom, invite the parties to respond to arguments by opposing counsel and pose questions from the bench.

2) The parties will not present live testimony but may present extrinsic evidence submitted in connection with prior briefing.

3) Argument on the following claim terms will be presented, with the party presenting first on the disputed claim term indicated below:

   a) "mounted on," plaintiff;

  b)  "camera means," plaintiff;

  c)  "laryngoscope," plaintiff,

  d)  "in the vicinity of the distal end," defendant.

4) For purposes of the June 2, 2023, proceeding only, plaintiff is excused from the requirement that local counsel attend court proceedings.

SO ORDERED, this the 30th day of May, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge