**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H., <br><br> Plaintiff, <br><br> v. <br><br> TELEFLEX MEDICAL INCORPORATED, <br><br> Defendant. | Civil Action No.: 5:22-cv-331-FL |

## ORDER GRANTING DEFENDANT TELEFLEX MEDICAL INCORPORATED'S MOTION TO SEAL

The Court, having received Defendant Teleflex Medical Inc.'s ("Teleflex") Motion to File Under Seal Teleflex's Brief in Support of Motion for Attorneys' Fees and Costs and Exhibit 28 accompanying the Declaration of Jonathan R. Wise In Support of Teleflex's Motion for Attorneys' Fees and Costs, which were provisionally filed under seal, and having found that Teleflex has shown good cause that these documents contain confidential information produced by Teleflex, Plaintiff Jonathan Berall, M.D., M.P.H. ("Dr. Berall"), and other third parties, and whose disclosure could harm Teleflex's, Dr. Berall's, and other third parties' standing in the marketplace, hereby GRANTS Teleflex's Request.

**IT IS HEREBY ORDERED** that the documents provisionally filed under seal shall be maintained under seal.

**SO ORDERED**, this 10 day of January , 2025.

_Louise W. Flanagan_

LOUISE W. FLANAGAN
United States District Judge